# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                )
                             )
TSO Armor and Training, Inc.     )      ASBCA No. 61303
                             )
Under Contract No. N00178-14-D-7543   )

APPEARANCES FOR THE APPELLANT:      Michael J. Gardner, Esq.
                                         Erik C. Porcaro, Esq.
                                           Troutman Sanders LLP
                                           Virginia Beach, VA

APPEARANCES FOR THE GOVERNMENT:     Ronald J. Borro, Esq.
                                           Navy Chief Trial Attorney
                                           Robert McCall, Esq.
                                           Trial Attorney
                                           NAVSUP Fleet Logistics Center
                                           San Diego, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 14 November 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61303, Appeal of TSO Armor and Training, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals